AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

PLAINTIFF,

Stephen P. Dowdney

JUDGMENT IN A CIVIL CASE

v.

DEFENDANT,

CASE NUMBER: CV-08-337-CI

WA Department of Corrections, et al

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Report and Recommendation (Ct. Rec. 11) is ADOPTED in its entirety, and the First Amended Complaint is DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

| | |
|---|---|
| April 28, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |